# First District Court of Appeal
## State of Florida

_____

No. 1D18-3143

_____

Brian Christopher Stapleton,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
J. Scott Duncan, Judge.

August 2, 2019

Per Curiam.

Affirmed.

Ray, C.J., and Kelsey and Winokur, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Megan Long, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.